NUMBER 13-04-525-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
WILLIAM LEON STARLING, JR.,                                         Appellant,

v.

MAYELA STARLING,                                                          Appellee.
____________________________________________________________________

On appeal from the 347th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, WILLIAM LEON STARLING, JR., perfected an appeal from a judgment
entered by the 347th District Court of Nueces County, Texas, in cause number 01-0172-H. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 2nd day of December, 2004.